IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Frankie J. Monroe | § | |
| | § | |
| v. | § | Civil Action No. C-05-412 |
| | § | |
| Corpus Christi Indep. Sch. Dist. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## LEAVE TO FILE A SUPPLEMENTAL RESPONSE IN
## OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This is a civil rights action alleging employment discrimination. Pending is plaintiff's motion for leave to file a supplemental response in opposition to defendant's motion for summary judgment. (D.E. 18).

Plaintiff has already filed a response to defendant's motion for summary judgment. She argues, however, that she needs to supplement based upon additional information she is seeking through discovery. Defendant filed a response opposing supplemental briefing by plaintiff. (D.E. 25). A jury trial is scheduled to begin in this action on August 1, 2006. A hearing was conducted regarding this pending motion on Friday, July 7, 2006.

Plaintiff will be allowed to file supplemental briefing no later than Monday, July 17, 2006.[1] Defendant may file a response to this supplemental briefing no later than Friday, July 21, 2006. All other dates in the scheduling order remain in effect, including a trial date of August 1, 2006. (D.E. 14).

---

[1] Defendants will be required to produce all outstanding discovery no later than close of business Wednesday, July 12, 2006.

Accordingly, plaintiff's motion for leave to file a supplemental response in opposition to defendant's motion for summary judgment, (D.E. 18), is GRANTED.

ORDERED this 7th day of July 2006.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE